TWIDDY, APPELLANT, v. DARE LUMBER COMPANY.

(Filed 27 September, 1911.)

APPEAL by plaintiff from *O. H. Allen, J.,* at May Term, 1911, of DARE.

*B. G. Crisp and Winston & Matthews for plaintiff.*
*D. M. Stringfield and Ward & Grimes for defendant.*

PER CURIAM. This is a second appeal in the case of *Twiddy v. Lumber Co.,* 154 N. C., 237, and the evidence is substantially as it was on the former appeal.

We see no reason for changing our opinion, and the judgment is

Affirmed.